UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HENYELL ALFREDO SALAZAR POTOSME,<br><br>Petitioner,<br><br>v.<br><br>MERRICK B. GARLAND,<br><br>Respondent. | C21-1531 TSZ-SKV<br><br>ORDER |

THIS MATTER comes before the Court on the Report and Recommendation ("R&R") of the Honorable S. Kate Vaughan, United States Magistrate Judge, docket no. 6. Having reviewed the R&R, to which no objections were filed, and the remaining record, the Court hereby finds and ORDERS:

(1)  The R&R, docket no. 6, is ADOPTED.

(2)  Respondent's Motion to Dismiss, docket no. 4, is GRANTED, and the habeas petition, docket no. 1, is DISMISSED for lack of subject matter jurisdiction.

(3)  The Clerk is DIRECTED to CLOSE this case, and to send a copy of this Order to all counsel of record and Judge Vaughan.

Dated this 1st day of April, 2022.

Thomas S. Zilly
United States District Judge

ORDER - 1